**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DEMONTRE MARQUIS SHAVERS,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGE PROPERTY MANAGEMENT,L.C. and ROC II GA CAMERONLANDING, LLC d/b/a CAMERON LANDING APARTMENT HOMES,<br><br>Defendants. | CIVIL ACTION NO.:<br>**1:15-cv-02768-CC** |

**ORDER OF REMAND**

IT APPEARING TO THE COURT THAT a sufficient basis for diversity jurisdiction under 28 U.S.C. § 1332 has not been demonstrated and that Defendants have requested remand, it is hereby

ORDERED AND ADJUDGED that this matter be and is hereby remanded to the State Court of Gwinnett County, Georgia.

SO ORDERED this 1st day of July, 2016.

*s/ CLARENCE COOPER*
CLARENCE COOPER
Senior United States District Judge