## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
**600 EAST FIRST STREET**
**ROME, GA 30161**

**JAMES N. HATTEN**
**DCE/CLERK OF COURT**

CIVIL SECTION
706-378-4060

June 16, 2016

Gwinnett County State Court
75 Langley Dr
Lawrenceville, GA 30046

  **Re:**   ***Demontre Marquis Shavers***
       ***Vs***
    ***Bridge Property Management, L.C., et al***
    **Your Case Number: 15-C-03674-2**

Dear Clerk:

  Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

       Sincerely,

       James N. Hatten

       DCE/Clerk of Court

      By:   s/Brenda Hambert

       Deputy Clerk

Enclosure: Order